IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| MARC HARDESTY, | CV 11-103-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| GLEN BARCUS, in his individual and official capacities, COL. MICHAEL TOOLEY, in his individual and official capacities, MONTANA HIGHWAY PATROL, and JOHN DOES 1-25, in their individual and official capacities, | |
| Defendants. | |

_____

Plaintiff Marc Hardesty moves for leave to file certain exhibits to his motion in limine under seal. Defendants do not oppose the motion.

The Court finds good cause exists to seal the referenced exhibits on the ground that they contain sensitive personal information about Hardesty, and they are submitted to the Court in connection with a non-dispositive motion. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Therefore, IT IS HEREBY ORDERED that Hardesty's motion is GRANTED.

DATED this 10th day of September, 2012.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge